No. 91–1517. BREGNARD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–1581. UNIVERSAL UNDERWRITERS INSURANCE CO. *v.* GERRISH CORP., DBA GERRISH MOTORS ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1628. ROSENGARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–1647. SEPE *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 91–1650. LEE *v.* BAPTIST MEDICAL CENTER OF OKLA-HOMA, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1654. STARKEY LABORATORIES, INC. *v.* GN DANAVOX, INC. Ct. App. Minn. Certiorari denied.

No. 91–1655. GARDNER ET AL. *v.* RYAN, SECRETARY OF STATE OF ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 91–1656. OKLAHOMA *v.* BURKE. Ct. Crim. App. Okla. Certiorari denied.

No. 91–1659. BYRD ET AL. *v.* BUHAROV ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1661. FERRIS *v.* BOARD OF COUNTY COMMISSIONERS OF MESA COUNTY, COLORADO, ET AL. Ct. App. Colo. Certiorari denied.

No. 91–1666. INTERNATIONAL RESOURCES, INC., ET AL. *v.* NEW YORK LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 91–1675. ZARDA ET AL. *v.* KANSAS ET AL.; and DEAN ET AL. *v.* KANSAS ET AL. Sup. Ct. Kan. Certiorari denied.

No. 91–1678. MERCADO LATINO, INC. *v.* SOLER ET AL. C. A. 9th Cir. Certiorari denied.